Capital One  
Attn: Bankruptcy  
PO Box 30285  
Salt Lake City, UT 84130

Comenity Capital/Acadmy  
Attn: Bankruptcy  
PO Box 182125  
Columbus, OH 43218

Conn's HomePlus  
2445 Technology Forest Boulevard  
Building 4, Suite 800  
The Woodlands, TX 77381

GM Financial  
POB 181145  
Arlington, TX 76096-1145

Internal Revenue Service  
Centralized Insolvency Operation  
PO Box 7346  
Philadelphia, PA 19101-7346

Internal Revenue Service  
1919 Smith St. Stop 5022 HOU  
Houston, TX 77002

LVNV Funding  
PO Box 10587  
Greenville, SC 29603

McCarthy Holthus - Texas LLP  
1255 West 15th St. , #1060  
Plano, TX 75075

Mrc/united Wholesale M
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261


Pando Construction LLC
3106 West CR 140
Midland, TX 79706



Target NB
PO Box 9475
Minneapolis, MN 55440



Vasquez Law Group PLLC
2040 North Loop W SUITE 330
Houston, TX 77018